**02–23.   State ex rel. Talliouris v. Corcon, Inc.**
Franklin App. No. 00AP–1189. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of appellant/cross-appellee's

motion for extension of time to file appellant/cross-appellee's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant/cross-appellee's merit brief is due on or before May 10, 2002.